# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

## COURTROOM DEPUTY'S MINUTES

| | |
|---|---|
| **DATE:** November 8, 2021 | **PROCEEDING:** Change of Plea |
| **TIME:** 11:30-11:46 | **COURT REPORTER:** Blanton Callen |
| | **PRESIDING:** Stephen M. Doyle |
| | **DEPUTY CLERK:** Chiquita Baxter |

---

| | |
|---|---|
| **CASE NUMBER:** 1:21cr371-RAH | **DEFENDANT NAME:** Tyson Detrion Carter |
| PO/PTSO: | AUSA: B. Chelsea Phillips |
| INTERPRETER: X  No   Yes | DEFENSE ATTORNEY: Richard Keith |
| Name: | Type counsel: Change of Plea |

---

☐  This is defendant's **FIRST APPEARANCE**.

☐  Counsel previously appointed in related case.

☐  Financial Affidavit executed.

☐  **ORAL MOTION** for appointment of Counsel.
☐  **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐  **WAIVER OF INDICTMENT** executed and filed.
☐  **INFORMATION** filed.

   **PLEA**: ☐ NOT GUILTY;  X GUILTY as to:
       Count(s): 1-3        of the **Indictment**
       Count(s):            dismissed on oral motion of USA
                     to be dismissed at sentencing

X  Written **PLEA AGREEMENT WITH ADDENDUM** (**SEALED** per Standing Order).
☐  **NO PLEA AGREEMENT** entered.
X  **ORAL ORDER** Accepting Guilty Plea and Adjudicating the Defendant Guilty
☐  **CRIMINAL TERM**:
☐  **DISCOVERY DISCLOSURE DATE**:
☐  **CONDITIONS OF RELEASE ORDER** entered (Defendant advised of conditions of release).
☐  **BOND EXECUTED** in the amount of:
☐  **ORAL ORDER** that defendant be released and continued under the same conditions previously imposed by the U. S. Magistrate Judge.
X  **ORAL ORDER REMANDING** Defendant to the custody of U. S. Marshal pending further proceedings.